USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/15/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

               -against-

Jason Khan

                              Defendant(s).

26-CR-00236 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment in this matter is scheduled for Tuesday, June 16, 2026, at 1:00 p.m. in

Courtroom 1105, 40 Foley Square, New York, NY 10007.

Dated:  June 15, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge