USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 20, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JASON KHAN,

Defendant.

26-CR-00236 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court will hold a bail hearing on **Thursday, July 23, 2026**, at **2:30 p.m.** to address Defendant's motion for pre-trial release. Dkt. No. 14. The hearing shall occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: July 20, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge