LAW OFFICE OF ROBERT OSUNA, PC
11 PARK PLACE, SUITE 1100
NEW YORK, NEW YORK 10007
212.233.1033
ROBERTOSUNAPC@YAHOO.COM

**VIA ECF**

August 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/10/2026

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse,
40 Foley Square
New York, New York 10007

**Re:** ***United States v. Jason Khan*, 26 Cr. 236 (MMG)**
**Request to Adjourn Conference with the Consent of the Government**

Dear Judge Garnett,

My office represents the above-named defendant Mr. Khan.

The above matter is scheduled for a conference this Thursday, August 13, 2026.

With the Government's consent, we would like to request an adjournment of Thursday's conference to late September.

We ask to exclude this time under the Speedy Trial Act to continue reviewing discovery and to begin engaging in meaningful plea negotiations with the Government.

The parties have conferred and propose the following adjournment dates: September 17th in the morning; September 18th in the afternoon; and September 24th in the afternoon.

I thank Your Honor for your time and attention to this matter.

Respectfully submitted,

/s/ Robert Osuna
Law Office of Robert Osuna, P.C.
By: Robert Osuna, Esq.
*Attorney for Defendant Jason Khan*

11 Park Place, Suite 1100
New York, New York 10007
Tel: (212) 233-1033

cc: AUSAs Sam Adelsberg and Remy Grosbard (via ECF)

GRANTED. The August 13, 2026 pre-trial conference is hereby ADJOURNED until **Friday, September 18, 2026,** at **2:00 p.m.** The conference will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. With the consent of the Defendant, time is excluded until September 18, 2026, under the Speedy Trial Act. The Court finds that the ends of justice served by excluding the time outweigh the interests of the public and the Defendant in a speedy trial because time is needed for the Defendant and his counsel to review discovery and have informed discussions with one another and with the Government about a possible pre-trial resolution of this case. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 21 and 22.

SO ORDERED. Dated August 10, 2026.



HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE